IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., | |
|     Plaintiffs, | No. C 08-01184 JSW |
| v. | |
| ALDERWOODS GROUP INC, et al., | **SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |
|     Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the Court ORDERS that the above captioned case is referred to Judge Susan Illston to determine whether it is related to *Bryant, et al. v. Alderwoods Group, Inc., et al.*, Case No. 07-5696 SI.

**IT IS SO ORDERED.**

Dated: March 13, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Judge Susan Illston