```
 1  Sanford Jay Rosen, State Bar No. 62566
    Maria V. Morris, State Bar No. 223903
 2  Lori E. Rifkin, State Bar No. 244081
    ROSEN, BIEN & GALVAN, LLP
 3  315 Montgomery Street, Tenth Floor
    San Francisco, CA 94104
 4  Telephone: (415) 433-6830
    Facsimile:  (415) 433-7104
 5
 6  Attorneys for Plaintiffs

 7  (Additional Counsel for Plaintiffs on the following page)

 8
 9                  UNITED STATES DISTRICT COURT
10                 NORTHERN DISTRICT OF CALIFORNIA
11                      SAN FRANCISCO DIVISION
12                                            Case Nos. C 08-1190-SI, C 08-1184-SI
13  CLAUDE BRYANT, et al.,                    STIPULATION OF SUBSTITUTION
    On behalf of themselves and all employees OF COUNSEL FOR PLAINTIFFS AND
14  similarly situated,                       NOTICE OF APPEARANCE OF NEW
                                              COUNSEL
15               Plaintiffs,
16       v.
17  SERVICE CORPORATION
    INTERNATIONAL, et al.,
18
                 Defendants.
19
20
    WILLIAM HELM, et al. On behalf of
21  themselves and all employees similarly
    situated,
22               Plaintiffs,
         v.
23
    ALDERWOODS GROUP, INC., et al.
24
                 Defendants.
25
26       PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27  substitute one of their counsel and attorneys of record as in this matter as follows:
28  Former Counsel:   Rosen, Bien and Galvan, LLP
```

STIP OF SUBSTITUTION OF COUNSEL FOR     1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

```
                Sanford Jay Rosen
 1              Maria V. Morris
                Lori E. Rifkin
 2              315 Montgomery Street, Tenth Floor
                San Francisco, CA 94104
 3              (415) 433-6830

 4  New Counsel:   Burnham Brown
                   Robert M. Bodzin
 5                 P.O. Box 119
                   Oakland, California 94604-0119
 6                 (510) 444-6800
```

7       PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON

8  LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

10  DATED: October 23, 2008          ROSEN, BIEN & GALVAN, LLP

12                                   By _____
                                     Sanford Jay Rosen, State Bar No. 62566
13                                   Maria V. Morris, State Bar No. 223903
                                     Lori E. Rifkin, State Bar No. 244081

15                                   315 Montgomery Street, Tenth Floor
                                     San Francisco, CA 94104
16                                   Telephone: (415) 433-6830

17  DATED: October 23, 2008          BURNHAM BROWN

19                                   By _____
                                     Robert M. Bodzin, State Bar No. 201327
20                                   P.O. Box 119
                                     Oakland, CA 94604-0119
21                                   Telephone: (510) 444-6800

STIP OF SUBSTITUTION OF COUNSEL FOR        2    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL.

1 | Additional Counsel for Plaintiffs

2 | J. Nelson Thomas, NY Attorney No. 2579159
Patrick J. Solomon, NY Attorney No. 2716660
3 | Annette Gifford, NY Attorney No. 4105870
DOLIN, THOMAS & SOLOMON LLP
4 | 693 East Avenue
Rochester, NY 14607
5 | Telephone: (585) 272-0540
Facsimile: (585) 272-0574
6
Charles H. Saul, PA State Bar No. 19938
7 | MARGOLIS EDELSTEIN
525 William Penn Place, Suite 3300
8 | Pittsburgh, PA 15219
Telephone: (412) 281-4256
9 | Facsimile: (412) 642-2380

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN    ☐ 005
Oct-14-08   09:19am   From-BURNHAM BROWN    +510 835 6666    T-016   P.005/006   F-164

Case 2:10-cv-03288-SVW-OWS  Document 18-4  Filed 10/24/2008  Page 4 of 4  Page ID #:2046

1  PURSUANT TO STIPULATION
   IT IS SO ORDERED
2
3  DATED: October ___, 2008

   _____
   [signature: Susan Illston]
   HONORABLE SUSAN ILLSTON
   UNITED STATES DISTRICT COURT

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28