1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT
6          FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    WILLIAM HELM, et al.,                    No. C 08-01184 SI
9              Plaintiffs,                    **ORDER DENYING DEFENDANT'S**
                                              **MOTION TO COMPEL DEPOSITION**
10     v.                                     **[Docket No. 194]**
11   ALDERWOODS GROUP, INC,
12             Defendant.
                                    /
13
14          Defendant has filed a discovery motion seeking to compel the deposition of Heidi Fontaine, who
15   submitted two affidavits in support of plaintiffs' motion for class certification.  Ms. Fontaine is not
16   currently a named plaintiff in this matter, and plaintiffs' counsel have stated that they are unable to
17   contact or produce Ms. Fontaine for deposition.  Defendant has apparently been unable to contact Ms.
18   Fontaine at her last known address, or to obtain an updated address.
19          In light of the foregoing, the Court hereby STRIKES Ms. Fontaine's affidavits from the record
20   and DENIES defendant's motion to compel deposition of Ms. Fontaine.
21
22          **IT IS SO ORDERED.**
23
24   Dated: October 28, 2009
25                                            SUSAN ILLSTON
                                              United States District Judge
26
27
28

**United States District Court**
**For the Northern District of California**