BURNHAM BROWN
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604
Telephone: (510) 835-6833
Facsimile: (510) 835-6666
rbodzin@BurnhamBrown.com

Attorneys for Plaintiffs

[Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendant. | CASE NO. 3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The hearing date for Plaintiffs' Motion for Rule 23 Certification (Docket No. 187), previously set for December 16, 2009 is moved to **December 17, 2009 at 10:00 a.m.**

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
1
Case No.: 3:08-CV-01184 SI

**IT IS SO ORDERED:**

_____
Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: October 29, 2009

| | |
|---|---|
| By: /s/ J. Nelson Thomas | By: /s/ John A. Mason |
| J. Nelson Thomas (*pro hac vice*) | Steven H. Gurnee |
| Patrick J. Solomon (*pro hac vice*) | Nicholas P. Forestiere |
| Annette Gifford (*pro hac vice*) | John A. Mason |
| THOMAS & SOLOMON LLP | GURNEE & DANIELS LLP |
| 693 East Avenue | 2240 Douglas Blvd, Suite 150 |
| Rochester, NY 14607 | Roseville, CA 95648 |
| Telephone: 585-272-0540 | Telephone: 916-797-3100 |
| Facsimile: 585-272-0574 | Facsimile: 916-797-3131 |
| Robert M. Bodzin, State Bar No. 201327 | Counsel for Defendant |
| BURNHAM BROWN | |
| P.O. Box 119 | |
| Oakland, CA 94604 | |
| Telephone: (510) 835-6833 | |
| Facsimile: (510) 835-6666 | |
| Charles H. Saul (*pro hac vice*) | |
| Liberty J. Weyandt (*pro hac vice pending*) | |
| Kyle T. McGee (*pro hac vice*) | |
| MARGOLIS EDELSTEIN | |
| 525 William Penn Place | |
| Suite 3300 | |
| Pittsburgh, PA 15219 | |
| Telephone: 412-281-4256 | |
| Facsimile: 412-642-2380 | |
| Counsel for Plaintiffs | |

[PROPOSED] ORDER CONTINUING HEARING ON RULE 23 CERTIFICATION MOTION
2

Case No.: 3:08-CV-01184 SI