STEVEN H. GURNEE, ESQ. SB# 66056
DAVID M. DANIELS, ESQ. SB# 170315
NICHOLAS P. FORESTIERE, SB# 125118
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone     (916) 797-3100
Facsimile      (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>　　　　　Defendants. | No. CV 08-01184 SI<br><br>**[PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the September 10, 2010 date for the Case Management Conference in this matter is hereby vacated and the Case Management Conference is continued to Friday, October 1, 2010 at 3:00 p.m. in Department 10 of this Court.

**IT IS SO ORDERED.**

Dated:_____

_____
Honorable Susan Illston
United States District Court

[PROPOSED] ORDER CONTINUING DATE FOR
CASE MANAGEMENT CONFERENCE                                                                  1
Case No.: CV 08-01184 SI