1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10

11 WILLIAM HELM, DEBORAH PRISE,           ) CASE NO.  3:08-CV-01184 SI
   HEATHER P. RADY, et al., on behalf of  )
12 themselves and all other employees and former )
   employees similarly situated,          )
13                                         ) **[PROPOSED] ORDER CONTINUING**
                       Plaintiffs,         ) **CASE MANAGEMENT CONFERENCE**
14                                         )
   v.                                      )
15                                         )
   ALDERWOODS GROUP, INC.,                 )
16                                         )
                       Defendant.          )
17                                         )
                                           )
18                                         )
                                           )
19 _____)

20     Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21 follows:

22     1.    The date for the further Case Management Conference, previously set for December

23 16, 2010 is continued to **February 18, 2011 at 3:00 p.m.**

24

25

26

27

28
   [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
                                           1

   Case No.:  3:08-CV-01184 SI

1  **IT IS SO ORDERED:**

2  Dated: _____    _____
3                                Honorable Susan Illston
4                                United States District Court

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
2

Case No.:  3:08-CV-01184 SI