```
 1  Robert M. Bodzin, CASB# 201327
    rbodzin@burnhambrown.com
 2  Rohit A. Sabnis, CASB # 221465
    rsabnis@burnhambrown.com
 3  BURNHAM BROWN
    A Professional Law Corporation
 4  P.O. Box 119
    Oakland, CA 94604
 5
    1901 Harrison Street, 11th Floor
 6  Oakland, CA 94612
    Telephone (510) 444-6800
 7  Facsimile   (510) 835-6666

 8  Attorneys for Plaintiffs
    Marc Dumont, Bernard Hirrel,
 9  Ronald Langley, Jody Spiese and
    Francis Steinhoff
10
```

FILED
CLERK U.S. DISTRICT COURT
OCT 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| WILLIAM HELM, et al. | ) No. 2:11-CV-07200-SVW-CW |
|---|---|
| Plaintiffs, | ) [~~PROPOSED~~] ORDER OF DISMISSAL PURSUANT TO STIPULATION |
| vs. | ) |
| ALDERWOODS GROUP, INC. | ) |
| Defendant. | ) |

Pursuant to the Stipulation of counsel and good cause appearing, this matter is hereby dismissed without prejudice. ALL DATES ARE VACATED.

**IT IS SO ORDERED.**

Dated: 10/13/11

_____
Honorable Stephen V. Wilson
United States District Court

[PROPOSED] ORDER OF DISMISSAL PURSUANT TO STIPULATION        1
Case No.: 2:11-CV-07200-SVW-CW